

# Missouri Court of Appeals
## Southern District

**OCTOBER 22, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD32998

      Re:    BRYCE T. EVANS,
            Plaintiff-Appellant,
            v.
            NICHOLAS J. TOOTH,
            Defendant-Respondent.